**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC. | § | |
| | § | CIVIL ACTION NO. 6:10CV94 (LED) |
| Plaintiff, | § | |
| | § | |
| v. | § | JURY TRIAL |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## [PROPOSED] ORDER OF DISMISSAL

On this day came on to be heard the parties' Stipulation of Dismissal, and the Court having considered same, is of the opinion the dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all of the claims asserted against Microsoft in this action are dismissed with prejudice.

Each party shall bear its own costs, expenses, and fees.

This is a final judgment.